

"In care of"

Jameel Lockhart

7430 2nd ave

Detroit, MI 48202

06/09/2023

Case: 2:23-cv-11380
Assigned To : Friedman, Bernard A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 6/9/2023
Description: REM DETROIT, CITY OF V. LOCKHART (NA)

# STATE OF MICHIGAN 36TH
# JUDICIAL DISTRICT COURT

Judge Sean B. Perkins  ]

DETROIT  ]

Demand For A Trial By Jury

]

Reserve The Right To Amen

Plaintiff's  ]

Vs.  ]

Jameel Lockhart  ]

Defendant

Case # **2022-SP12479893-OT**

**2022-SP12479892-OT**

**2022-SP12479891-OT**

**2021-SP12180722-OT**

**2021-SP12180721-OT**

**2020-SX37829611-ST**

**2021-SP12180611-OI**

Defendant  ]

## Notice Of Removal To United States Eastern District Court District Of Michigan

Comes now the Defendant(s), Jameel Lockhart, to notifies the parties and the Court that this cause has been removed to the jurisdiction of the United States, in the interest of justice by stating the following:

1. There have been, and continue to be, violations against the civil and constitutional rights of this/these undersigned Defendant(s) in this cause, and which have not been duly protected.

2. **DUE PROCESS VIOLATION;**

**Violation of Judicial authority/ ethics** Judge Perkins has entered a plea of not guilty on behalf of the defendant unless Judge Perkins has made a judicial determination that

the defendant is not guilty he is guilty of practicing law from the bench which is a violation of judicial ethics and the separation of powers between judicial and executive branches of government. A judge who enters a plea on behalf of a defendant without proper legal authority may be acting outside the scope of their judicial duties and responsibilities. This amounts to an abuse of power and should result in disciplinary action or even removal from the bench.

3. **DUE PROCESS VIOLATION: Failure to Enter Motion into Docket**: Although the defendant received a time-stamped copy of the motion to dismiss based on lack of subject matter jurisdiction, it was never entered into the docket by the clerk. This violation of court rules deprived our client of their right to be heard and defend themselves in a fair and impartial manner.

4. 2.**DUE PROCESS VIOLATION: Denial of Motion to Dismiss without presenting facts, findings and conclusions of law**: Our client filed a motion to dismiss for lack of subject matter jurisdiction, which the presiding judge denied without reading the motion. This is evidenced by the recording in which the judge asked the defendant where his motion was and then without locating the motion or addressing its merits said he was denying the motion to dismiss for lack of subject matter jurisdiction. The defendant then asked the judge to present his facts, findings and conclusions of law to support denying the motion. To date Judge Perkins has failed to enter his factual findings and conclusions of law explaining why the motion was denied, in violation of our client's right to due process.

5. 3. **Bias,** The U.S. Constitution guarantees the right to a fair trial, and the judiciary is an independent branch of government that is intended to be impartial and objective. However, the perception of impartiality can be undermined if the prosecutor, judge, injured party, and witness are all agents of the state, which could create a conflict of interest or the appearance of bias.If all of these parties are agents of the state, it may be difficult to ensure a completely fair trial. In such a case, it may be necessary to take steps to address the potential conflict of interest or appearance of bias. The conflict of interest in question arises from the fact that every party in this case besides me is an agent of the state.

6. **DUE PROCESS VIOLATION;**

**COMPLAINT NOT SIGNED BY INJURED PARTY:** It also appears that this action / original complaint was signed by an agent of the state and not the injured party which would be a violation of 42 USC 1983; When there is no injured party, the judge has no jurisdiction to sign on to further the case in court. The prosecutor signed to move the dispute into court and therefore is liable for damages caused by his/her illegal court processes. The state government is the corporation paying you (the judge) to rule where you do not have the legal authority, and the state is the corporation bringing the fraudulent charges forward in this administrative court.

This will be grounds for 3.5 Million in Sanctions being filed in this state case against the state prosecutor for violation of my constitutional right to Due process.

3. The statute is not a valid law and is missing the three elements the Michigan State Constitution mandates must be for something to be a valid law.

5. The defendant filed a civil claim against state court judge Perkins, and therefore all other state court judges would have a conflict of interest to hear the case.

## Conflicts Of Interest:

1. I believe the courts are privately owned trading companies.

2. I believe State courts are all owned by the United States attorney's executive offices out of Washington DC, which is a privately owned corporation.

3. I believe the court is registered with the DOD, Department of Defense and have a DUNS number which is Data Universal Numbering System.

## Affirmative Cause Link

Plaintiff has established an affirmative causal link between the agency's policy or practice and the alleged constitutional violation. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 385, 391-92 (1989); *Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

## The Following Fatal Flaws Blocked Traffic Court's Jurisdiction

1. The police officer violated the Separation Clause in the Constitution when he/she signed the summons (ticket) for the plaintiff to appear in court.

2. The illegal signing cause a "Due Process" violation when the court proceeded with the court processes and local rules.

3. The players in the court all have a conflict of interest because they all are being paid by the same corporation.

4. There is no injured party, and the officer violated the Constitution and therefore has no credibility to testify.

5. The prosecutor has no witness

6. Ordinances and statutes are not valid laws because they do not have the three elements the state constitution mandates must be present to be a valid law.

10. The parties and this Court are hereby given formal notice that the combination of filings made under both this cause now herewith, as well as within the aforementioned federal court, automatically divests this Court of any and all further authority and jurisdiction over these proceedings – **bar none (see 28 USC § 1446 (d))** – and, therefore, there will be NO more hearings, orders, or any other proceedings held, made, or done within this state cause until, and unless, further notice or order is first made by the Federal Judge of said United States District Court In The District Of Michigan.

_____
Jameel Lockhart

**CERTIFICATE OF SERVICE**

I hereby certify that on the _____ day of June 2023 , the foregoing document was filed in 36th district Court Wayne county

Jameel Lockhart

Without Prejudice UCC 1-308

Jameel Lockhart's **Permanent Address:**

Rural Route Delivery

7430 2nd ave

Detroit, Michigan. 00000

Mailed to the following:

Judge Sean B. Perkins

421 Madison st

Detroit, MI. 48226

The Michigan State B.A.R.

306 Townsend

Lansing, MI 48933

**UNITED STATES OF AMERICA AFFIDAVIT OF CITIZENSHIP**

**STATE OF Michigan**

**COUNTY OF Wayne**

I, the Affiant, who goes By Jameel Lockhart, a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Michigan, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and States: I'm a citizen of the Republic State Of Michigan and give legal notice to law enforcement agents and officers of the court you are hereby notified that the holder of this document is not under your jurisdiction, and an official diplomatic representative of the Republic State of Michigan, and must be given due respect and freedom from local, county state and U. S statutes codes rules and regulations. Failure to do so will result in human rights violation under international law.

I was born in the Republic State of Michigan which makes me a Citizen of all states, and one of the people, and a beneficiary of, the republic U.S.A. constitution of 1789/1791. This affidavit is made for the sole purpose of reclaiming my citizenship, my passport and birth certificate will be used to certify my state citizenship. See Exhibit A- the attach Affidavit of State citizenship and State Passport. A State Citizen has absolute freedom and liberty protected by our founding documents. The birth certificate attached and or a copy of my state passport will verify that I was born in the Republic State of Michigan I'm not a citizen of the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. The term **"United States" means— (A) a Federal corporation; see 28 USC 3002 (15), a U.S. citizen is a legal fiction / U.S. corporation and has no rights secured by the constitution.** A State Citizen is a Citizen of the United States. But **not** the same as a 14th amendment "Citizen of the United States". And the 14th amendment fell two states short of being ratified. So, it does not lawfully exist.

A 14th amendment citizen is born in the United States which is a federal territory and subject to congress. This is not the same as being born in one of the several states of the Union. **The United States of America is the de jure republic government, not the United States which is the corporation.** The preamble to the constitution establishes the United States of America, not the United States. So we have **Two Different and Distinct National Governments**. See: *U.S. v. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States (this means 14th amendment citizen) is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." See case law..."Taxpayers are not [de jure] State Citizens." Belmont v. Town of Gulfport, 122 So. 10.*

There is a great deal of confusion in this area, I hope this affidavit will clear up the misunderstanding for the parties, court and certify my state citizenship.

I believe the confusion started when my parents signed me up at birth for a social security number when my parents checked off that I was a U.S. citizen on the SS-5 application. And then I continued to claim to be a U.S. citizen not aware of the fact there were two different meaning for a state citizens.

The U.S. in this case, is the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. It was created by the **congressional act of 1871**. Also see **28 USC 3002 (15) "United States" means— (A) a Federal corporation;**

I'm being injured in that I'm being deprived rights under color of law 18 USC 241 and 18 USC-242 18 U.S. Code § 1545. Safe conduct violation, protects me as a state citizen and "Whoever violates any safe conduct or passport duly obtained and issued under authority of the United States shall be fined under this title, imprisoned not more than 10 years, or both."

I'm a State Citizen of the Republic State of Michigan and therefore Not subject to the court's statutory jurisdiction.


FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of Michigan, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Jameel Lockhart executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this _____ 9 _____ day of June in the year 2023, under penalty of perjury under the laws of the United States of America.

Jameel Lockhart

SUBSCRIBED AND SWORN to this _____ 9 _____ day of, June, 2023.

Notary Public; in and for  Macomb/Wayne

**DESHANNON HENRY**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Sept. 25, 2027
Acting in the County of Wayne

Exhibit A

## UNITED STATES OF AMERICA AFFIDAVIT OF CITIZENSHIP

**STATE OF Michigan**

**COUNTY OF Wayne**

I, the Affiant, who goes by Jameel Lockhart, a man, being of sound mind, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no BAR attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the State of Michigan, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and States: I'm a citizen of the United States of America and give legal notice to law enforcement agents and officers of the court you are hereby notified that the holder of this document is not under your jurisdiction, and an official diplomatic representative of the Republic State of Michigan and must be given due respect and freedom from local, county state and U. S statutes codes rules and regulations. Failure to do so will result in human rights violation under international law.

I was born in the Republic State of Michigan, which makes me a Citizen of all states, and one of the people, and a beneficiary of, the republic U.S.A. constitution of 1789/1791. This affidavit is made for the sole purpose of reclaiming my citizenship, my passport and birth certificate will be used to certify my state citizenship. A State Citizen has absolute freedom and liberty protected by our founding documents. The birth certificate attached and or a copy of my state passport will verify that I was born in the Republic State of Michigan. I'm not a citizen of

the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. The term **"United States" means— (A) a Federal corporation;** see 28 USC 3002 (15), a U.S. citizen is a legal fiction / U.S. corporation and has no rights secured by the constitution. A State Citizen is a Citizen of the United States. But **not** the same as a 14th amendment "Citizen of the United States". And the 14th amendment fell two states short of being ratified. So it does not lawfully exist.

A 14th amendment citizen is born in the United States which is a federal territory and subject to congress. This is not the same as being born in one of the several states of the Union. **The**

**United States of America is the dejure republic government, <u>not the</u> United States which is the corporation.** The preamble to the constitution establishes the United States of America, not the United States. So we have **Two Different and Distinct National Governments**. See: *U.S. v. Anthony 24 Fed. 829 (1873) "The term <u>resident</u> and citizen of the United States* (<u>this means 14th amendment citizen</u>) *is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress." See case law..."Taxpayers are not [de jure] State Citizens." Belmont v. Town of Gulfport, 122 So. 10.*

There is a great deal of confusion in this area, I hope this affidavit will clear up the misunderstanding for the parties, court and certify my State citizenship.

I believe the confusion started when my parents signed me up at birth for a social security number when my parents checked off that I was a U.S. citizen on the SS-5 application. And then I continued to claim to be a U.S. citizen not aware of the fact there were two different meaning for a state citizens. The U.S. in this case, is the federal corporation the District of Columbia, also known as USDC or the UNITED STATES. It was created by the **congressional act of 1871**.

Also see **28 USC 3002 (15) "United States" means— (A) a Federal corporation;**

I'm being injured in that I'm being deprived rights under color of law 18 USC 241 and 18 USC-242 18 U.S. Code § 1545. Safe conduct violation, protects me as a state citizen and "Whoever violates any safe conduct or passport duly obtained and issued under authority of the United States shall be fined under this title, imprisoned not more than 10 years, or both."

I'm a State Citizen of the Republic State of Michigan and therefore

Not subject to unlawful city ordinances, fines, and statues.


FURTHER AFFIANT SAITH NOT.

       I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The State of _____, the Laws of the United States of America, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that Jameel Lockhart executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this _____ day of June in the year 2023, under penalty of perjury under the laws of the United States of America.

_____
Jameel Lockhart

SUBSCRIBED AND SWORN to this _____ day of, _June 2023_

_____
Notary Public; in and for _Macomb/Wayne_

**DESHANNON HENRY**
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Sept. 25, 2027
Acting in the County of _Wayne_

3
Affidavit of State Citizenship



21015902-1

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the State(s) of Michigan, and that such Seal(s) is/are entitled to full faith and credit.*

*For the contents of the annexed document, the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this seventeenth day of February, 2021.

*Issued pursuant to CHXIV, State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f). RULE 44 Federal Rules of Civil Procedure.*

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

Exhibit A



# State of Michigan



## DEPARTMENT OF STATE
### COUNTY CLERK CERTIFICATION

*I, Jocelyn Benson, Secretary of State of the State of Michigan and custodian of the Great Seal of the State, hereby certify that, Cathy M. Garrett, whose attestation is affixed to the annexed instrument, was on the date thereof the duly elected or appointed and qualified Wayne County Clerk and the Clerk of the Circuit Court and all official acts as such should be given full faith and credit in all Courts of Justice and elsewhere.*

*IN TESTIMONY WHEREOF, I have hereto affixed my signature and Great Seal of the State, at Detroit, this 4th day of November in the year of our Lord two thousand and twenty.*



*Jocelyn Benson*

*Secretary of State*

**256194-1-658556-157**

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted; and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Michigan.

# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD

# COUNTY OF WAYNE

STATE OF MICHIGAN
DEPARTMENT OF PUBLIC HEALTH
**CERTIFICATE OF
LIVE BIRTH**

39
121 —

LF 018949

STATE FILE NUMBER
**7673535**

CF

| | | | |
|---|---|---|---|
| **CHILD** | 1. CHILD – NAME (FIRST) Jameel | (MIDDLE) Ameer | (LAST) Lockhart |
| | 2. SEX Male | 3a. PLURALITY – SINGLE, TWIN, TRIPLET, ETC. (SPECIFY) Single | 3b. IF NOT SINGLE – BORN 1ST, 2ND, 3RD, ETC. (SPECIFY) | 4a. DATE OF BIRTH (Month, Day, Year) October 06, 1994 | 4b. TIME OF BIRTH 8:49 P M |

**PLACE**
5a. HOSPITAL NAME – (IF NOT HOSPITAL GIVE STREET AND NUMBER) Hutzel Hospital
5b. CITY, VILLAGE, OR TOWNSHIP OF BIRTH Detroit
5c. COUNTY OF BIRTH Wayne

**CERTIFICATION**
6a. I CERTIFY THAT THE ABOVE NAMED CHILD WAS BORN ALIVE AT THE PLACE AND TIME AND ON THE DATE STATED ABOVE
SIGNATURE: *[signature]* DATE: Oct 12, 94
6b. CERTIFIER'S NAME & TITLE (PRINT OR TYPE) Dora Booth, Supervisor
6c. NAME AND TITLE OF ATTENDANT IF OTHER THAN CERTIFIER Janice Whitty, M.D.
6d. MAILING ADDRESS OF ATTENDANT (STREET AND NUMBER, CITY OR VILLAGE, STATE, ZIP) 4707 St. Antoine Detroit, MI 48201
7a. REGISTRAR'S SIGNATURE *[signature]*
7b. DATE RECEIVED BY LOCAL REGISTRAR – (Month, Day, Year) OCT 31 1994

**MOTHER**
BY AUTHORITY ACT 368, P.A. 1978
8a. MOTHER'S NAME (FIRST, MIDDLE, LAST) Jacqueline Denise Williams-Lockhart
8b. SOCIAL SECURITY NUMBER 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
8c. STATE OF BIRTH – NAME COUNTRY IF NOT USA Michigan
8d. DATE OF BIRTH (Month, Day, Year) May 11, 1955
8e. MOTHER – SURNAME BEFORE FIRST MARRIED Williams
8f. RESIDENCE (Check one box and specify) XX INSIDE CITY OR VILLAGE OF ☐ TWP. OF Detroit
8g. COUNTY Wayne
8h. STATE Michigan

**FATHER**
B213P (3/89)
MDPH
9a. FATHER'S NAME (FIRST, MIDDLE, LAST) Willie Clyde Lockhart, Jr.
9b. SOCIAL SECURITY NUMBER 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
9c. STATE OF BIRTH – NAME COUNTRY IF NOT USA Michigan
9d. DATE OF BIRTH (Month, Day, Year) Oct 04, 1955

Form Number 7673535
10a. I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THIS CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF
SIGNATURE: *[signature]* (PARENT OR OTHER INFORMANT)
10b. THE PARENT(S) REQUEST THAT INFORMATION ON THIS BIRTH BE RELEASED TO THE SOCIAL SECURITY ADMIN. FOR ISSUANCE OF A SOCIAL SECURITY NUMBER AND CARD.
☒ YES ☐ NO



**WARNING**
ANY REPRODUCTION IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND TACTILE HOLOGRAPHIC SEAL IN BOTTOM RIGHT CORNER. NOT VALID IF PHOTOCOPIED.

SEP 29 2020

I, CATHY M. GARRETT, CLERK OF SAID COUNTY OF WAYNE DO HEREBY CERTIFY that the foregoing is a true and exact copy of the original document on file in my office.

*Cathy M. Garrett*

**CATHY M. GARRETT**
Wayne County Clerk



In care of"

Jameel Lockhart

7430 2nd ave.

Detroit, MI. 48202

6/8/2023

## IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF Michigan CIVIL DEPARTMENT

| | |
|---|---|
| Jameel Lockhart  ] | |
| Plaintiff    ] | |
| v.s    ] | **Demand For A Trial By Jury** |
| Officer Abdul Shabazz] | |
| Sean B Perkins] | Case No. 2022-SP12479893-OT |
| | 2022-SP12479891-OT |
| | 2021-SP12180722-OT |
| | 2021-SP12180721-OT |
| | 2020-SX37829611-ST |
| | **2022-SP12479892-OT** |
| State Of Michigan  ] | |
| Defendant's  ] | |

## 20 MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983  ACTION FOR DEPRAVATION OF CIVIL RIGHTS, VIOLATION OF THE "TUCKERS ACT" CODIFIED AT 28 U.S.C. SEC. 1346 (a) AND 1491, AND VIOLATION OF THE ADMINISTRATION PROCEDURES ACT OF 1946 AT 5 USC §551 et seq. THIS CLAIM IS ALSO FOR VIOLATION OF DUE PROCESS

[ "Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Comes Now Plaintiff Jameel Lockhart, to file his Civil Claim. The claim is brought forward in **Common Law, "Administrative Law," "Law," "Equity," and Under the Uniform**

1

**Commercial Code.** This 42 U.S. Code Sec. 1983 Civil Action Claim is for Deprivation of Civil Right Under Color of Law. This claim is for 20-Million Dollars, to revoke the state court judge's license to practice law, to be granted the Prosecutor's Assets, to be granted judgment in full to be paid collectively. The Plaintiff also demands complete control of the state court's corporate charter and to have all records of the alleged traffic infraction/arrest removed from the record including any jail time.

The plaintiff also demands the court to order the police officer not to have contact with the plaintiff without a police corporate supervisor present. If the plaintiff is involved in a traffic stop in the future, he/she demands the court to order the police corporate supervisor to be present before contact. Municipal court has no jurisdiction to make judicial determination because the court gets its jurisdiction from the city ordinance.

No corporation can legally give its self-judicial authority. It appears traffic court judge is not a real judge with legal judicial authority and is participating in the misconduct of making a legal determination as an administrative judge without jurisdiction. The plaintiff did not get a fair and impartial procedure in the municipal court or state court process. The right of any public body to determine its own rules of procedure must be exercised in conformity with existing laws. See: Heiskell v. City of Baltimore (1888}, 86 Md. 126, Atl. 116. A legislative body cannot make a rule which evades or avoids the effect of a rule prescribed by the constitution or statutes governing it, and it cannot do by indirection what it cannot do directly. See: Crawford v. l~Uchrfet (1912}, 64 P'Ia. 4I, SS So. 983; Can- 6etd ~. G}resham (1881), 82 Tez. 10, 17 S.W. 390; Tayloe v. Davis (1924), 212 Ala. 282, 102 90. 433 ; Brennan v. Con- Aou~ (ie~e), gar a~icn, sa, 173 N.W. sii.

### The Following Fatal Flaws Blocked Traffic Court's Jurisdiction

1. The police officer violated the Separation Clause in the Constitution when he signed the summons (ticket) for the plaintiff to appear in court.

2. The illegal signing cause a "Due Process" violation when the court proceeded with the court processes and local rules.

3. The players in the court all have a conflict of interest because they all are being paid by the same corporation.

2

4. There is no injured party, and the officer violated the Constitution and therefore has no credibility to testify.

5. There is no witness.

6. Ordinances and statutes are not valid laws because they do not have the three elements the state constitution mandates must be present to be a valid law.

### Statement of Jurisdiction:

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions: 28 U.S.C.A. § 1343(3) (1948) and 28 U.S.C.A. § 1331 (1948). The former statute permits federal district courts to hear cases involving the deprivation of civil rights, and the latter statute permits federal courts to hear all cases involving a federal question or issue. Cases brought under section 1983 may therefore be heard in federal courts by application of both jurisdictional statutes.  The Cause of Action can be found at 5 USC §702.

### 42 U.S. Code § 1983 - Civil Action For Deprivation Of Rights

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be a statute of the District of Columbia.

### The Tuckers Act:

Tucker Act exposes the government to liability for certain claims. Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation and claims in cases not arising in tort. The relevant text of the Act is

3

codified in 28 U.S.C. §§ 1346(a) and 1491. The Tucker Act (March 3, 1887, ch. 359, 24 Stat.

505, 28 U.S.C. § 1491) is a federal statute of the United States by which the United States

government has waived its sovereign immunity with respect to lawsuits pertaining to 5th

Amendment violations of due process.

### The Plaintiff Is A State Citizen Of The Republic State Of Michigan:

The Plaintiff is a citizen of the Republic State of Michigan and as such is not subject to a

corporate policies and rules without an injured party, and without an order from a judicial judge.

**See: Exhibit A**- A copy of the plaintiff's affidavit of state citizenship, and a copy of his birth

certificate and passport card verifying his state citizenship.**Short And Plain Statement of The
Claim:**

The defendant's, acted with deliberate indifference to the Constitution and federal laws when

performed an illegal traffic stop without an injured party. During that stop police officer Abdul

Shabazz issues the plaintiff a traffic ticket. The police officer signed the summons as an officer

of the court in violation of the "separation of the power clause in the constitution. The

defendant's conspired to violate the plaintiff's right UNDER 42 U.S. CODE SEC. 1983, the

plaintiff's right to due process. The defendants violated the administrative procedures act of

1946, which in short mandate that corporations and policies must be in harmony with the

constitution, and federal laws. The structure of the traffic ticket R.I.C.O. scheme shows it is

unconstitutional starting at the gate when the police officer illegally signs in the place of a

judicial officer of the court. The officer is trained to proceed illegally and granted incentive when

the officer issues a high number of illegal traffic tickets. The plaintiff has been violated by the

employee enforcing the city rules, policies. Also, the plaintiff's right to due process is violated

by the court's procedures and local rules. The parties in this traffic ticket scheme court have a

conflict of interest because they all are being paid by the same state corporation. Municipal court

has no legal judicial authority to make a legal determination in an administrative court process.

### Demand For Judgement:

The plaintiff demands the court to grant judgment for 20- Million Dollars, in compensatory,

punitive, and future damages, revoke the judge's bond and license to practice law.

**Common Law Claim Elements:**

1. Controversy (The listed defendant)

2. Specific Claim (violation of 18 U.S.C.S 1983)

3. Specific Remedy Sought by Claimant (20- Million)

4. Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

## Article III Standing

Plaintiff has Article III standing when he shows: (1) an injury in fact, (2) causation, (3) and redressability. The plaintiff will meet the constitutional standing requirements, necessary to suing a state agency under the APA. Plaintiff will show he was injured, and the injury is linked to the defendant's conduct while performing employee duties outlined by the state corporation. The injury was caused by the unconstitutional policing, court procedures and processes, the injury is capable of redress under the civil rights laws. The plaintiff also has an interest within the "zone of interests" protected by federal law governing the agency's actions.

## Remedy:

Every system of civilized law must have two characteristics: Remedy and Recourse. Remedy is a way to get out from under that law, and you recover your loss. The Common Law, the Law Merchants, and even the Uniform Commercial Code all have remedy and recourse. The Remedy and Recourse are found in the UCC. They are found right in the first volume, at 1-308 (old 1-207) and 1-103.

## Recourse:

Recourse appears in the Uniform Commercial Code at 1-103.6, which says: The Code is complimentary to the Common Law, which remains in force, except were displaced by the code. A statute should be construed in harmony with the Common Law unless there is a clear legislative intent to abrogate the Common Law. The plaintiff is a 'State" citizen of the Republic

State of Michigan, and therefore not therefore subject to the state court's statutory jurisdiction without an injured party.

## The Defendant's Liability:

Plaintiff will prove that an **"actions pursuant to official agency policy"** caused his injuries). The Supreme Court has emphasized that "[w]here a plaintiff claims that the agency . . . has caused an employee to [violate plaintiff's constitutional rights], rigorous standards of culpability and causation must be applied to ensure that the agency is not held liable solely for the actions of its employee." *Brown*, 520 U.S. at 405.

Judge Sean B. Perkins, and Officer Abdul Shabazz - official's (the defendant's), through the official own individual actions, have violated the Constitution." *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1948 (2009); *see also Starr v.Baca*, No. 09-55233, — F.3d —, 2011 WL 2988827, at *2-*3 (9th Cir. July 25, 2011). The constitutional deprivation the plaintiff suffered was the product of a policy or custom of the local governmental unit because an agency's liability must rest on the actions of the agency, and not the actions of the employees of the agency. *See Brown*, 520 U.S. at 403; *City of Canton*, 489 U.S. at 385; *Monell*, 436 U.S. at 690-91; *Fogel*, 531 F.3d at 834; *Webb*, 330 F.3d at 1164; *Gibson*, 290 F.3d at 1187; *Hopper*, 241 F.3d at 1082; *Blair v. City of Pomona*, 223 F.3d 1074, 1079 (9th Cir. 2000); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992). *See also Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011) 4,

## Policies

"Official agency's policy includes the decisions of a government's lawmakers, the acts of its policymaking officials, and practices as persistent and widespread as to practically have the force of law." *Connick v. Thompson*, 131 S. Ct. 1350, 1359 (2011).

## Agency's Customs

The plaintiff will establish the agency's liability upon a showing that there is a permanent and well-settled practice by the agency which gave rise to the alleged constitutional violation. *See City of St. Louis v. Praprotnik*, 485 U.S. 112, 127 (1988); *Navarro v. Block*, 72 F.3d 712, 714-15 (9th Cir. 1996); *Thompson v. City of Los Angeles*, 885 F.2d 1439, 1444 (9th Cir. 1989), *overruled on other grounds by Bull v. City & County of San Francisco*, 595 F.3d 964 (9th Cir. 2010). Once

the plaintiff, has demonstrated that a custom exists, the plaintiff need not also demonstrate that "official policy-makers had actual knowledge of the practice at issue." *Navarro*, 72 F.3d at 714-15; *Thompson*, 885 F.2d at 1444.

### Pleading Standard

There is no heightened pleading standard with respect to the "policy or custom" requirement of demonstrating agency's liability. *See Leatherman v. Tarrant County Narcotics Intelligence & Coordination Unit*, 507 U.S. 163, 167-68 (1993); *see also Empress LLC v. City of San Francisco*, 419 F.3d 1052, 1055 (9th Cir. 2005); *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1124 (9th Cir. 2002); *Lee v. City of Los Angeles*, 250 F.3d 668, 679-80 (9th Cir. 2001); *Evans v. McKay*, 869 F.2d 1341, 1349 (9th Cir. 1989).

### Acting under Color of State Law

The question of whether a person who has allegedly caused a constitutional injury was acting under color of state law is a factual determination. *See Brunette v. Humane Soc'y of Ventura County*, 294 F.3d 1205, 1209 (9th Cir. 2002); *Gritchen v. Collier*, 254 F.3d 807, 813 (9th Cir. 2001); *Lopez v. Dep't of Health Servs.*, 939 F.2d 881, 883 (9th Cir. 1991) (per curiam); *Howerton v. Gabica*, 708 F.2d 380, 383 (9th Cir. 1983). A defendant has acted under color of state law where he or she has "exercised power 'possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law.'" *West v. Atkins*, 487 U.S. 42, 49 (1988) (quoting *United States v. Classic*, 313 U.S. 299, 326 (1941)); *see also Polk County v. Dodson*, 454 U.S. 312, 317-18 (1981); *Anderson v. Warner*, 451 F.3d 1063, 1068 (9th Cir. 2006); *McDade v. West*, 223 F.3d 1135, 1139-40 (9th Cir. 2000); *Johnson v. Knowles*, 113 F.3d 1114, 1117 (9th Cir. 1997); *Vang v. Xiong*, 944 F.2d 476, 479 (9th Cir. 1991); *see also Florer v. Congregation Pidyon Shevuyim, N.A.*, 639 F.3d 916, 922 (9th Cir. 2011).

"Actions taken pursuant to a agency's rules or policies are made 'under color of state law.'" *See Coral Constr. Co. v. King County*, 941 F.2d 910, 926 (9th Cir. 1991). Even if the deprivation represents an abuse of authority or lies outside the authority of the official, if the official is acting within the scope of his or her employment, the person is still acting under color of state law. *See Anderson*, 451 F.3d at 1068-69; *McDade*, 223 F.3d at 1140; *Shah v. County of Los Angeles*, 797 F.2d 743, 746 (9th Cir. 1986). However, "[i]f a government officer does not act within [the]

scope of employment or under the color of state law, then that government officer acts as a private citizen." *See Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996) (finding no action under color of state law where a police officer returned to a home where a search had taken place the day before, forced his way in, and tortured the two people residing in the home); *see also Gritchen*, 254 F.3d at 812-13; *Huffman v. County of Los Angeles*, 147 F.3d 1054, 1058 (9th Cir. 1998); *Johnson*, 113 F.3d at 1117-18.

### Affirmative Cause Link

Plaintiff has established an affirmative causal link between the agency's policy or practice and the alleged constitutional violation. *See City of Canton, Ohio v. Harris*, 489 U.S. 378, 385, 391-92 (1989); *Van Ort v. Estate of Stanewich*, 92 F.3d 831, 835 (9th Cir. 1996); *Oviatt v. Pearce*, 954 F.2d 1470, 1473-74 (9th Cir. 1992).

### The Administrative Procedures Act. Of 1946

The defendants violated The "ADMINISTRATIVE PROCEDURES ACT AT 5 USC §551 et seq. (1946). This Federal Law was "Enacted" into law in 1946, and the key to this law is it states the governments administrative policies must be in harmony with the Constitution. The administrative procedures act mandates in part "non-legislative rules" such as guidance, guidelines, agency staff manuals, staff instructions, opinion letters, and press releases are called "statements of policy" or "guidance." (The two terms are not synonyms, only closely correlated: statements of policy are almost always issued in documents classified as guidance, and guidance documents to the public often include statements of policy.) Guidance and statements of policy are not legally binding on the public because they have not gone through the required procedures to become "legislative" regulations binding on the public (depending on the rule, hearing, notice, comment, publication). However, when stated in mandatory language, they can bind the agency itself. They have only a hortatory effect on the public, the plaintiff is challenging the court's (agency's) right to enforce their policy (statute) statement or guidance rules on a state citizen without jurisdiction, an injured party, due process and without an order from a judicial judge. The fact the police ticketing process is structured in violation of the rights of state citizens is a clear showing the process is not structured to be constitutional, and clearly is in violation, of the administrative procedures act as the agency's policies and rules violate the constitution.

8

The plaintiff demands a Judicial review of the defendant's misconduct for abuse of discretion, as authorized by the US Administrative Procedures Act. of 1946.

### Parties- Corporations

a. Judge Sean B. Perkins is a resident of the court's jurisdiction.

b. Officer Abdul Shabazz is doing business in the court's jurisdiction.

c. The Officer's Bond Insurance.

### Negligence:

a. The defendant's breached the duty of care owed when issues a summons without an injured party.

b. The defendant also violated the separation clause in the constitution when he signed the summons to appear on behalf of the judicial officer of the court.

c. The police department's normal everyday procedures are clearly in violation of the rights of citizens.

d. The breach of duty caused by the defendant's caused Jameel Lockhart to suffer substantial damages including past and future legal expenses, past and future economic loss.

c. At all times relevant the defendants were acting in the scope of their employment with the police department and the state corporation.

d. Pursuant to the Tucker Act. the court waives immunity for employees violating the rights of state citizens.

e. The defendant's violated the plaintiff's 5th amendment right to due process.

### Claims:

**1st Claim-**

Violation of 42 U.S.C. Sec. 1983

**2nd Claim-**

Violation of the Administrative Procedures Act. Of 1946.

**3rd Claim-**

Violation of the plaintiff's right to Due Process Under the 5th Amendment.

**4th Claim-**

Violation of the Tucker's ACT

**Damages:**

1. Plaintiff adopts and incorporates by reference is  fully set forth herein the document.

2. As a direct and proximate result of the afore-mentioned acts and/or omissions of the defendants, plaintiff is entitled to recover damages. The damages for which Plaintiff seeks compensation for from the defendants, both jointly and severally, include but are not limited to, the following:

a. Physical, mental, and emotional pain, and suffering of Jameel Lockhart.

b. Punitive damages.

c. All cost, including any and all discretionary cost.

e. The jury be impaneled to try all, and issues joined in the case.

**WHEREFORE**, Plaintiff Jameel Lockhart, request the following

a. That the court enter a judgment in favor of the plaintiff, and against the defendants on all counts of the Complaint:

b. That the court award compensatory damages in **Gold** to plaintiff, and against the defendants jointly and severally, in an amount to be determined at trial:

c. That the court award punitive damages to the plaintiff, and against the defendants, jointly and severally, in an amount to determine at trial in order that such award will deter similar proscribed conduct by the defendants in the future;

d. That the court award the plaintiff, and against the defendants, prejudgment and post-judgment interest on all sums awarded in this action, and including reasonable legal fees, pursuant to 42.U.S.C. Sec. 1988: and

e. The court award control of the court's corporate charter to the plaintiff and order the court to add the plaintiff to Their Board of Directors.

f. Order the court corporation to allow plaintiff to have a vote in any manners concerning administrative operations.

c. That the court grant the plaintiff such other equitable relief that the court deems appropriate.

### Demand For A Trial By Jury

Comes Now, the plaintiff, and hereby demands jury trial on all issues so triable to a jury.

Date: 6/9/2023

Jameel Lockhart

Without Prejudice UCC 1-308

## CERTIFICATE OF SERVICE

I hereby certify that on the _____9_____th day of June 2023, the foregoing document was filed in Court, and a copy was served on the parties below.

_Jameel Lockhart_ (signature)                    Date: __6/9/2023__

Jameel Lockhart

**Without Prejudice UCC 1-308**

Jameel Lockhart **Permanent Address:**

Rural Route Delivery

7430 2nd ave

Detroit, Michigan. 00000

Mailed to the following:

Judge Sean B. Perkins

421 Madison st

Detroit, MI 48226

**AFFIDAVIT OF Jameel Lockhart**

**STATE OF Michigan**

**COUNTY OF Wayne**

I, the Affiant, who goes by a man,  being of sound mind, and over the age of twenty-one,

reserving all rights, being unschooled in law, and who has no BAR attorney, is without an

attorney, and having never been re-presented by an attorney, and not waiving assistance of

counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for

the State of Michigan, in good faith, and with full intent for preserving and promoting the public

confidence in the integrity and impartiality of the government and the judiciary, that the

following statements and facts, are true and correct of Affiant's own first-hand knowledge,

understanding, and belief, do solemnly declare, and depose and say: The above mentioned case

must be transferred in the interest of justice. Other state court judges are participating in the same

misconduct and therefore the defendant cannot get a fair and impartial trial in the state court.

FURTHER AFFIANT SAITH NOT.

I declare under the penalty of bearing false witness before God and as recognized under
the laws in and for The State of _____, the Laws of the United States of America,
acting with sincere intent and full standing in law, do herewith certify and state that the
foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended
to mislead anyone, and that Jameel Lockhart, executes this document in accordance with best
knowledge and understanding without dishonor, without recourse; with All rights reserved,
without prejudice.

Done this ___9th___ day of ~~July~~ June in the year 2023, under penalty of perjury under the laws of

the United States of America.

_____
Jameel Lockhart

SUBSCRIBED AND SWORN to this ___9___ day of, June 2023.

_____
Notary Public; in and for Macomb

DESHANNON HENRY
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires Sept. 25, 2027
Acting in the County of WAYNE

13

_____
Notary Public; in and for _____

In care of"

Jameel Lockhart

7430 2nd ave

Detroit MI 48202

06/09/2023

## IN THE EASTERN DISTRICT COURT OF THE UNITED STATES

## DISTRICT OF Michigan CIVIL DEPARTMENT

Jameel Lockhart   ]

Plaintiff   ]

v.s   ]

Judge Sean B. Perkins  ]      Case No. 2022-SP12479893-OT

     Abdul Shabazz         2022-SP12479891-OT

     Defendants            2021-SP12180722-OT

                             2021-SP12180721-OT

                             2020-SX37829611-ST

                             **2022-SP12479892-OT**

## MOTION FOR DISCOVERY CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C §1983

COMES Now, Jameel Lockhart, Pro Per, a resident of the State of Michigan, files this Motion For Discovery in the instant cause, in accordance with Rule 26 of the Federal Rules of Civil Procedure. The power to issue Subpoenas Duces Tecum is also moved herein.

ITEM # DESCRIPTION

1. .................................................Copies of all work product regarding Cases of Plaintiff

14

2.................................................Copies of all emails and communications between the prosecutors and the police officer and or police supervisors pertaining to this case.

3................................................. Copies of communication between the defendants and the court clerk pertaining to the state illegal traffic stop.

4………………………………....The original summons illegally signed by the police officer.

5…………………………………. A certified copy of the police officer's bond and insurance information.

6…………………………………. The state bond and insurance information.

7………………………………. Verification to prove the prosecutor who filed the traffic complaint is registered with the National Attorney General as a foreign agent.

8…………………………………. Certified copies of the defendant's IRS 8883 Asset Allocations Statement Under Section 338.

9……………………………….... Certified Asset Acquisition Statement Under Section 1060 of the IRS code.

10…………………………………Certified copies of the defendant's IRS statement showing the above-mentioned IRS forms for the last 2-yrs.

Jameel Lockhart                    Date: 6/9/2023

15