

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

           Case No. 2311380
           Judge Bernard A. Friedman
            One Detroit Credit union, Steven Deluca et al

FILED USDC - CLRK DET
2023 JUN 29 PM 1:51

Plaintiffs

Jameel Lockhart

Defendant

Motion to Strike Document: "Letter from Jameel Lockhart" and " Affidavit writ of replevin"from the Record

Dear Judge Bernard A. Friedman

I hope this letter finds you well. I am writing to respectfully submit this motion to strike a document titled "Letter from Jameel Lockhart" "writ of replevin" from the record in the above-mentioned case. It has come to my attention that this document was mistakenly filed in the wrong case and is irrelevant to the present proceedings. I respectfully request the court's intervention to rectify this error and remove the document from the record.

Grounds for the Motion:

1. Relevance: The document in question, "Letter from Jameel Lockhart," and "writ of replevin" is not pertinent to the current case and has no bearing on the matters being litigated. Its inclusion in the record is a result of inadvertence and does not contribute to the fair and just resolution of the present dispute.

2. Procedural Error: The filing of the aforementioned document in the wrong case constitutes a procedural error, and it is crucial to rectify this mistake to maintain the integrity of the court records and ensure a fair and efficient judicial process.

Relief Sought:

In light of the aforementioned grounds, I respectfully request the following relief:

1. Motion to Strike: I move to strike the document titled "Letter from Jameel Lockhart" and "writ of replevin" from the record in the present case, as it was inadvertently filed and is not relevant to the proceedings at hand.

2. Removal of Document: I request that the court order the immediate removal of the aforementioned document from the record, ensuring that it no longer forms part of the official case file.

3. Notification of Correction: I further request that the court take appropriate measures to inform all relevant parties, including opposing counsel, of the correction and removal of the document from the record.

I would like to express my gratitude for the court's attention to this matter and for the prompt resolution of this procedural error. Your honorable consideration of this motion will contribute to the fair administration of justice and the proper determination of the issues in the case.

Thank you for your time and consideration. I remain at your disposal for any further information or clarification that the court may require.

Sincerely,

*Jameel Jacks* (signature)