Jameel Lockhart

7430 2nd ave

Detroit, MI 48202

FILED USDC - CLRK DET
2023 JUN 29 PM 1:51

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN

Jameel Lockhart ]     Case # 2311380

   Plaintiff   ]

     Vs.   ]

Judge Sean B. Perkins]

   Officer Abdul Shabazz]

   City of Detroit ]

## DEMAND FOR DEFAULT PURSUANT RULE 56 (C) (2) (3) (4)

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Jameel Lockhart, "State Citizen", is hereby special appearance proceeding in a Common Law Court of Constitutional Due Process [under Article III of the Constitution of the United States for America, and the common law] … a neutral judge, plaintiff/ defendant adversarial system, which means the court cannot impose the same standard upon me as are imposed on a licensed attorney and hereby request the clerk to issues **default judgment** against the defendant's for failure to respond to plaintiff's lawsuit filed on June 9th 2023. After 21 days the defendants have chosen to not argue or deny the merits of my claim and thus they are now procedurally barred from any argument on these claims in the future. All parties in acquiesce are now in agreement. Plaintiff request the court to grant in full the **20 million** demanded in the lawsuit.

**Reservation Of Rights:**

I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law.

The code is complementary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law.

The code was written as not to abolish the common law entirely.

I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction. I'm only aware of two jurisdictions the court can operate under as per the Constitution and those jurisdictions are Common

## PRELIMINARY STATEMENT:

When a defendant fails to file a timely answer, the defendant waives any right to further review of the penalties and assessments imposed. Plaintiffs is requesting a default judgment in this case because the defendant's did not respond or is otherwise attempting to avoid the dispute altogether. The defendants have not responded to the complaint or summons, so they cannot dispute plaintiff's arguments. For the defendant to have the default judgment vacated the defendant will have to show that they had a reasonable excuse for failing to respond in a reasonable time frame, and that their defense has at least some legal merit. An entry of default is a serious remedy that is warranted when a party has failed to appear or failed to respond to the opposing party's argument as required by the Rules of Civil Procedure. Sean B. Perkins, and Officer Abdul Shabazz, failed to respond to the civil rights violation lawsuit and the clerk is ordered enter default judgment in favor of Jameel Lockhart

## ARGUMENT:

Jameel Lockhart, states his motion for default judgment should be granted. If a party fails to properly support an assertion of fact or fails to properly address another party's assertion of fact as required by Rule 56(c), the court may:

(1) Give an opportunity to properly support or address the fact;

(2) consider the fact undisputed for purposes of the motion;

(3) grant default judgment if the motion and supporting materials — including the facts considered undisputed — show that the movant is entitled to it; or

(4) issue any other appropriate order.

In short, R. of Civ. P. 56 provides that you may not oppose a motion for default simply by relying upon the allegations in your petition. Rather, you must submit evidence, such as witness statements or documents, countering the facts asserted by the plaintiff and raising specific facts that support your claims in the petition. Any witness statements must be in the form of affidavits.

(5). Plaintiff's Failure to properly answer, plead, respond, or otherwise defend is deemed admitted. Rule Civil Procedure 8(d). An unrebutted Affidavit stands as truth in commerce.

(3). both the defendant and Plaintiff are not in the military service currently. The foregoing facts are hereby entered on the record by the defendant.

The Clerk of the Court is hereby directed to enter a default against the Judge, against the defendants for their failure to respond to the lawsuit filed against them  **Wherefore:**

Plaintiffs request the clerk to grant damages in full the (20 million Dollars).

_[signature]_ 06/29/2023

Jameel Lockhart

Without Prejudice UCC1-308

**Certificate of Service:**

A copy of this document was ~~mailed to the~~ Filed in court and a copy was mailed to the parties and the agency listed below. on 6/29/2023

_____ 06/29/2023    Certified Mail tracking #:
Jameel Lockhart

Without Prejudice 1-308

Copies sent to :

Judge Sean B. Perkins

434 Madison  Court room: 434

Detroit MI, 48226