UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Detroit, City of, et al.,

                              Plaintiff(s),

v.                                              Case No. 2:23–cv–11380–BAF–KGA
                                                Hon. Bernard A. Friedman
Jameel Lockhart,

                              Defendant(s).

_____


### NOTICE OF DENIAL OF REQUEST FOR CLERK'S ENTRY OF DEFAULT

   A Clerk's Entry of Default as to Detroit, City of, Sean B. Perkins, Abdul Shabazz has been requested pursuant to Fed. R. Civ. P. 55(a).  The Clerk's Entry of Default will not be entered for the following reason(s):

   • No Proof that Plaintiff's know the Case was Removed


### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                              KINIKIA D. ESSIX, CLERK OF COURT


                              By: s/ S. Schoenherr
                                  Deputy Clerk

Dated:   June 29, 2023