UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CITY OF DETROIT, et al.,

        Plaintiffs,

Civil Action No. 23-cv-11380
HON. BERNARD A. FRIEDMAN

vs.

JAMEEL LOCKHART,

        Defendant.

_____/

## JUDGMENT

The Court has dismissed the complaint for lack of subject matter jurisdiction.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

        KINIKIA D. ESSIX
        CLERK OF COURT

        By: Johnetta M. Curry-Williams
            Deputy Clerk


Approved: s/Bernard A. Friedman
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE

Dated: July 20, 2023